MARK S. POSARD (SBN: 208790)
I. HOOSHIE BROOMAND (SBN: 210206)
DANNY A. BARAK (SBN: 252066)
GORDON REES SCULLY MANSUKHANI, LLP
3 Parkcenter Drive, Suite 200
Sacramento, CA 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402
mposard@grsm.com
hbroomand@grsm.com
dbarak@grsm.com

Attorneys for Defendant
ALDOUS & ASSOCIATES, PLLC

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nathaniel Depano, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Aldous & Associates, PLLC, and John Does 1-25,<br><br>Defendants. | Case No. 2:19-cv-01352-TLN-KJN<br><br>**ORDER SETTING ASIDE CLERK'S ENTRY OF DEFAULT**<br><br>Complaint filed: July 19, 2019 |

Having considered the Parties' April 1. 2020 Stipulation to Set Aside the Clerk's Entry of Default, Defendant Aldous & Associates, PLLC's previously filed Motion to Set Aside Clerk's Entry of Default, and the other pleadings and papers on file herein:

IT IS HEREBY ORDERED THAT:

1. The January 29, 2020 Clerk's Entry of Default (Dkt. No. 7) be vacated; and

2. Defendant Aldous & Associates, PLLC shall file a responsive pleading to the Complaint per Fed. R. Civ. P., Rule 12, with such Rule 12

-1-

deadlines calculated from the date of the issuance of this Court's Order vacating the Clerk's Entry of Default.

IT IS SO ORDERED.

Dated: April 2, 2020

Troy L. Nunley
United States District Judge

## CERTIFICATE OF SERVICE

I, Veronica Whitaker hereby certify that on April 2, 2020, the foregoing document was filed and served electronically using the CM/ECF system, and served by U.S. Mail on anyone unable to receive a notice electronic filing.

*/s/ Veronica Whitaker*

Gordon Rees Scully Mansukhani, LLP
3 Parkcenter Drive, Suite 200
Sacramento, CA 95825